THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 
 
 

v.

 
 
 
 Tyson Simpson, Appellant.
 
 
 

Appeal from Greenville County
Edward W. Miller, Circuit Court Judge

Unpublished Opinion No. 2012-UP-180
 Submitted March 1, 2012  Filed March 14,
2012    

AFFIRMED

 
 
 
 Appellate Defender Robert M. Pachak, of
 Columbia, for Appellant.
 Attorney General Alan Wilson, Chief Deputy
 Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W.
 Elliott, and Senior Assistant Attorney General Harold M. Coombs, Jr., all of
 Columbia; and Solicitor W. Walter Wilkins, III, of Greenville, for Respondent.
 
 
 

PER CURIAM: Tyson Simpson appeals his sentence for armed
 robbery and attempted armed robbery, arguing the circuit court erred in considering
 charges that had been dismissed pursuant to his plea agreement during
 sentencing.  We affirm[1] pursuant to Rule 220(b)(1), SCACR, and
 the following authorities: State v.
 Hicks, 377 S.C. 322, 325, 659 S.E.2d
 499, 500 (Ct. App. 2008) ("A judge or other sentencing authority is to be
 accorded very wide discretion in determining an appropriate sentence, and must
 be permitted to consider any and all information that reasonably might bear on
 the proper sentence for the particular defendant, given the crime
 committed."); State v. Barton, 325 S.C. 522, 531, 481 S.E.2d 439,
 444 (Ct. App. 1997) ("Absent partiality, prejudice, oppression, or corrupt
 motive, this [c]ourt lacks jurisdiction to disturb a sentence that is within
 the limits prescribed by statute.").
AFFIRMED.
PIEPER,
 KONDUROS, and GEATHERS, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.